THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MUSTAFA ABDULSALAAM BYRD,<br><br>Defendant. | No. CR18-170RAJ<br><br>ORDER GRANTING MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL |

THIS MATTER comes before the Court on Defendant Mustafa Abdulsalaam Byrd's Unopposed Motion for Withdrawal and Substitution of Counsel. Having considered the motion,

IT IS HEREBY ORDERED that the motion (Dkt. #22) is GRANTED. Attorney Corey Endo and the Office of the Federal Public Defender are permitted to withdraw and Attorney Dana Ryan is substituted as counsel of record for Defendant Mustafa Abdulsalaam Byrd.

DATED this 6th day of November, 2018.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1