The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-170 RAJ |
|---|---|
| Plaintiff | |
| | DISCOVERY PROTECTIVE ORDER |
| v. | |
| MUSTAFA ABDULSALAAM BYRD, | |
| Defendant. | |

This matter having come before the Court on a Stipulated Motion for Entry of a Discovery Protective Order, the Court hereby enters the following:

**<u>DISCOVERY PROTECTIVE ORDER</u>**

**A.  Definitions**

As used in this Order, the term "Protected Information" means any date of birth, Social Security number, passport number, driver's license number, bank account number, credit card number, personal identification number, telephone number, name and/or location of employment, criminal history record, background check, victim identity, and/or any other similar information or number implicating a privacy interest of and belonging to an individual, business, partnership, or corporation.

DISCOVERY PROTECTIVE ORDER
CR18-170 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1       As used in this Order, the term "Protected Material" means any document or other record containing or reflecting Protected Information.

**B.     Permissible Disclosure of Protected Information and Protected Material**

      The United States will make available copies of the Protected Material to defense counsel to comply with the government's discovery obligations. Possession of the Protected Material is limited to defense counsel, his/her investigators, paralegals, assistants, law clerks, and experts ("members of the defense team").

      Members of the defense team may not provide copies of the Protected Material to other persons, including to the Defendant. Members of the defense team may review Protected Information and/or Protected Material with the Defendant. Defendant may visually inspect and review such documents but shall not be allowed to possess Protected Information (such as unredacted copies of Protected Material, notes, copies, or photographs of such Protected Material containing Protected Information).

      Defendant may possess documents from which all Protected Information has been redacted. Defendant may also possess documents

      Members of the defense team may review or discuss the contents of documents containing Protected Material with any prospective witness, as long as they do not share the unredacted documents, or share any Protected Information with any prospective witness.

**C.     Filing**

      If any Protected Information or Protected Material is filed in court or otherwise disseminated as part of litigation, the parties shall file such information under seal. This does not entitle either party to seal their filings as a matter of course. The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

      Documents that contain only Protected Material covered by Local CrR 49.1, W.D. Wash, that are redacted in accordance with that rule, may be filed without seal.

DISCOVERY PROTECTIVE ORDER
CR18-170 RAJ - 2

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**D.  Maintenance**

Members of the defense team shall keep any Protected Material secured whenever the Protected Material is not being used in furtherance of their work in the above-captioned case.

The provisions of this Order shall not terminate at the conclusion of this prosecution.

**E.  Modification**

The parties agree that this Protective Order may be modified, as necessary, by filing with the Court a Stipulated Order Modifying the Protective Order, or by other order of the Court.

DATED this 14th day of November, 2018.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

DISCOVERY PROTECTIVE ORDER
CR18-170 RAJ - 3

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970