UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-170 RAJ |
| Plaintiff, | |
| | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |
| v. | |
| MUSTAFA ABDULSALAAM BYRD, | |
| Defendant. | |

THE COURT has considered the stipulated motion of the parties to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  (d) the ends of justice will best be served by a continuance, and the ends of justice
2  outweigh the best interests of the public and the defendant in any speedier trial, as set
3  forth in 18 U.S.C. § 3161(h)(7)(A); and

4  (e) the additional time requested between the current trial date of January 14,
5  2019, and the new trial date is necessary to provide counsel for the defendant the
6  reasonable time necessary to prepare for trial, considering counsel's schedule and all of
7  the facts set forth above.

8  IT IS THEREFORE ORDERED that the parties' Stipulated Motion (Dkt. #26) is
9  GRANTED. The trial date in this matter shall be continued from January 14, 2019 to
10  April 15, 2019.

11  IT IS FURTHER ORDERED that all pretrial motions, including motions in
12  limine, shall be filed no later than March 7, 2019.

13  IT IS FURTHER ORDERED that the period of delay from the date of this order to
14  the new trial date of April 15, 2019, is excludable time pursuant to 18 U.S.C. §§
15  3161(h)(7)(A) and (h)(7)(B)(iv).

16  DATED this 21st day of December, 2018.

_Richard A Jones_

The Honorable Richard A. Jones
United States District Judge

ORDER TO CONTINUE TRIAL AND PRETRIAL MOTIONS DUE DATE
*U.S. v. BYRD, CR18-170 RAJ - 2*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970