JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-170-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION |
| | ) | TO SEAL EXHIBITS 7 AND 8 |
| MUSTAFA ABDULSALAAM BYRD, | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER has come before the undersigned on the motion of Defendant Mustafa Abdulsalaam Byrd to file Exhibits 7 and 8 to the Second Supplement to Disposition Memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that the motion (Dkt. 64) is GRANTED.  Exhibits 7 and 8 to the Second Supplement to Disposition Memorandum shall remain under seal.

DATED this 22nd day of January, 2024.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO SEAL EXHBITS 7 AND 8
(*U.S. v. Byrd,* CR18-170-RAJ) - 1